# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH ANTHONY FAVORS, ) | CASE FILE NO.: 0:24-CV-03063 (KMM/SGE) |
| PLAINTIFF, ) | CASE TYPE: CIVIL LAWSUIT |
| V. ) | JUDGE: KATHERINE M. MENENDEZ |
| SYNCHRONY BANK (II), ) | DATE CASE FILED: JUNE 12, 202 |
| DEFENDANTS ) | |
| ) | VOLUNTARY CASE DISMISSAL |

## PLAINTIFF'S VOLUNTARY DISMISSAL

TO THE ABOVE-CAPTIONED COURT:

Plaintiff, Joseph Anthony Favors, hereby requests that the Court dismiss Plaintiff's claims "with prejudice" against Defendant Synchrony Bank (II) in this case, and with all rights of appeal waived, and direct that all Parties shall bear their own fees and costs. Plaintiff has settled this matter with Defendant, *SYNCHRONY BANK AND REPRESENTATIVE* out of court.

Respectfully Submitted,

Date: 4-18-2025    _Joseph A. Favors_
                          Joseph A. Favors  (Plaintiff)

Date: 5-19-2025    _____
                          Synchrony Bank (Defendant)
                          By: Cory Olson (#386941)
                          Attorney for Defendant
                          Synchrony Bank

Page 1 of 1